**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN CLAUS, an individual, | ) **CASE NO.: CV11-02907 PJW** |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| CAPITAL ONE, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Based upon the order entered in this case, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.

DATED: <u>December 14, 2011</u>

_Patrick J. Walsh_

U.S. MAGISTRATE JUDGE

1