# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CLAUS, an individual, | **CASE NO.: CV11-02907 PJW** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CAPITAL ONE, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the order entered in this case, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.

DATED: December 14, 2011

_____
U.S. MAGISTRATE JUDGE

1